**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ZABINSKI, KENNETH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-15671 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 08/29/07. The Trustee was appointed on 08/29/07. An order for relief under Chapter 7 was entered on 08/29/07.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 10/21/08 is as follows:

|   |   |   |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 13,588.88 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. NET CASH available for distribution | $ | 13,588.88 |

d.  TRUSTEE/PROFESSIONAL COSTS
1.  Trustee compensation requested (See Exhibit E)     $     2,108.89
2.  Trustee Expenses (See Exhibit E)     $     0.00
3.  Compensation requested by attorney or other
    professionals for trustee (See Exhibit F)     $     4,690.05
    $    

5.       The Bar Date for filing unsecured claims expired on 03/08/08.

6.       All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 6,798.94 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 22,545.37 |

7.       Trustee proposes that unsecured creditors receive a distribution of 30.12% of allowed claims.

8.       Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$4,690.05.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$6,798.94. (A summary of the professional fees and expenses previously requested is attached hereto as

Exhibit G.)

9.       A fee of $1,750.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  10/21/08                                                 RESPECTFULLY SUBMITTED,


                                                                        By:/s/David Grochocinski
                                                                            DAVID GROCHOCINSKI, TRUSTEE
                                                                            1900 RAVINIA PLACE
                                                                            ORLAND PARK, IL  60462
                                                                            Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Zabinski, Kenneth


October 21, 2008


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/30/2007 | DEG | Initial review of schedules prior to 341 meeting | 0.80 375.00/hr | 300.00 |
| 11/9/2007 | DEG | Review state law regarding exemptions | 1.30 350.00/hr | 455.00 |
| | DEG | Letter to attorney for copies of insurance documents and realted VA benefit exemptions | 0.20 350.00/hr | 70.00 |
| 12/4/2007 | DEG | Receipt and review of insurance policies and related documents | 1.50 375.00/hr | 562.50 |
| 1/1/2008 | DEG | Review of claims docket | 0.20 375.00/hr | 75.00 |
| 1/7/2008 | DEG | Facsimile letter to B. Guild; confirm settlement agreement | 0.30 375.00/hr | 112.50 |
| | DEG | Review email from 12/20 regarding offer to pay $13,000 to estate for equity interest in insurance; fax to attorney regarding same | 0.60 375.00/hr | 225.00 |
| 1/11/2008 | DEG | Receipt and review of fax from B. Guild regarding settlement | 0.20 375.00/hr | 75.00 |
| 2/11/2008 | DEG | Facsimile letter and order to attorney for debtor regarding approval of settlement | 0.30 375.00/hr | 112.50 |
| 2/12/2008 | DEG | Letter from Bill Guild with settlement funds; open account and deposit same | 1.00 375.00/hr | 375.00 |
| 2/21/2008 | DEG | Facsimile letter to Bill Guild regarding discharge of debtor | 0.20 375.00/hr | 75.00 |
| 3/6/2008 | DEG | Letter and documents with order to accountant | 0.40 375.00/hr | 150.00 |
| 7/28/2008 | DEG | Facsimile letter to attorney regarding tax information needed for redemption of cash value life insurance | 0.50 375.00/hr | 187.50 |



Zabinski, Kenneth

Page      2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2008 | DEG | Facsimile letter to Bill Guild regarding statement from insurance company; indicating which par of cash value is principal and not taxable. | 0.20 375.00/hr | 75.00 |
| 8/15/2008 | DEG | Email to Bill Guild regarding information regarding taxable portion of liquidated insurance policies | 0.30 375.00/hr | 112.50 |
| 8/22/2008 | DEG | Email from Bill Guild regarding cash value check of insurance policies | 0.20 375.00/hr | 75.00 |
| | DEG | Receipt of email from Bill Guild; sent letter to former client requesting information to assist Trustee | 0.20 375.00/hr | 75.00 |
| 10/21/2008 | DEG | Prepared final report | 3.00 375.00/hr | 1,125.00 |
| | | For professional services rendered | 11.40 | $4,237.50 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                              $          13,588.88

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                            $           1,758.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                   $          63,717.52

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**   07B-15671 JS
**Case Name:**   ZABINSKI, KENNETH

**Trustee:**   (520067)   DAVID GROCHOCINSKI, TRUSTEE
**Filed (f) or Converted (c):** 08/29/07 (f)
**§341(a) Meeting Date:**   10/09/07
**Claims Bar Date:**   03/08/08

**Period Ending:**   10/21/08

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHARTER ONE SAVINGS | 1,942.05 | 0.00 | | 0.00 | FA |
| 2 | FIRST AMERICAN BANK | 46,533.47 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 550.00 | 0.00 | | 0.00 | FA |
| 4 | OLD SCHOOL BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 5 | METROPOLITAN LIFE INSURANCE CO | 3,690.00 | 0.00 | | 6,863.63 | FA |
| 6 | NATIONAL SVC LIFE INS. | 8,552.00 | 0.00 | | 6,711.20 | FA |
| 7 | 2002 FORD ESCROT ZX2 | 4,158.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 14.05 | Unknown |
| 8 | **Assets**    **Totals** (Excluding unknown values) | **$65,475.52** | **$0.00** | | **$13,588.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

SETTLEMENT OF EXEMPTION ISSUES PENDING IN FEBRUARY 2008; CLAIMS NEED TO BE REVIEWED AND TAX RETURNS FILED

**Initial Projected Date Of Final Report (TFR):** September 30, 2008        **Current Projected Date Of Final Report (TFR):** September 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07B-15671 JS
**Case Name:** ZABINSKI, KENNETH

**Taxpayer ID #:** 13-7587812
**Period Ending:** 10/21/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*91-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/08 | | KENNETH ZABINSKI | SETTLEMENT/TURNOVER OF CASH<br>VALUES OF LIFE INSURANCE POLICIES | | 13,574.83 | | 13,574.83 |
| | {5} | | 6,863.63 | 1129-000 | | | 13,574.83 |
| | {6} | | 6,711.20 | 1129-000 | | | 13,574.83 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 1.02 | | 13,575.85 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.55 | | 13,578.40 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.89 | | 13,580.29 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.76 | | 13,582.05 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.72 | | 13,583.77 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.72 | | 13,585.49 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.61 | | 13,587.10 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.78 | | 13,588.88 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 13,588.88 | 0.00 | $13,588.88 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 13,588.88 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,588.88** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07B-15671 JS
**Case Name:** ZABINSKI, KENNETH

**Taxpayer ID #:** 13-7587812
**Period Ending:** 10/21/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****91-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :  13,588.88
_____
Net Estate :  $13,588.88

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****91-65** | **13,588.88** | **0.00** | **13,588.88** |
| **Checking # ***-*****91-66** | **0.00** | **0.00** | **0.00** |
| | **$13,588.88** | **$0.00** | **$13,588.88** |

{} Asset reference(s)

Printed: 10/21/2008 09:57 AM   V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                          CHAPTER 7 CASE
ZABINSKI, KENNETH
                                                CASE NO. 07B-15671 JS

                                                JUDGE JOHN SQUIRES
                  Debtor(s)

**PROPOSED DISTRIBUTION REPORT**

       I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,798.94 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,789.94 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 13,588.88 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $      6,798.94 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,108.89 | 2,108.89 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,600.00 | 3,600.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 55.05 | 55.05 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,035.00 | 1,035.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $     22,545.37 | 30.12% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | RECOVERY MANAGEMENT SYSTEMS CORP | 6,849.70 | 2,062.91 |
| 002 | HUDSON & KEYSE LLC | 5,697.92 | 1,716.03 |
| 003 | MIDLAND CREDIT MANAGEMENT, INC. | 9,622.50 | 2,897.99 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 375.25 | 113.01 |
| | TOTAL | $ | 6,789.94 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 15.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 16.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 17.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

| 18.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

|  |  |  |  | **DISALLOWED** |
|---|---|---|---|---|
| **TYPE OF** | **CLAIM** |  | **AMOUNT** | **/WITHDRAWN** |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____          _____

                                         DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,600.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 55.05 | |
| | | | 3,655.05 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,035.00 | |
| | | | 1,035.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| | | | |
| TOTALS | $           0.00 | $        4,690.05 | $        4,690.05 |

1