**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>ZABINSKI, KENNETH<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-15671 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  DuPage County Courthouse
        505 N. County Farm Road, Courtroom 4016
        Wheaton, Illinois 60187

   on:  **December 19, 2008**
   at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         13,588.88

   b. Disbursements                         $              0.00

   c. Net Cash Available for Distribution   $         13,588.88

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,108.89 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,600.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $55.05 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,035.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $22,545.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 30.12%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | RECOVERY MANAGEMENT SYSTEMS CORP | $ 6,849.70 | $ 2,062.91 |
| 002 | HUDSON & KEYSE LLC | $ 5,697.92 | $ 1,716.03 |
| 003 | MIDLAND CREDIT MANAGEMENT, INC. | $ 9,622.50 | $ 2,897.99 |
| 004 | AMERICAN EXPRESS CENTURION BANK | $ 375.25 | $ 113.01 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and 2002 Ford Escort.

Dated: November 18, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| ZABINSKI, KENNETH | | |
| | | CASE NO. 07B-15671 JS |
| | | JUDGE JOHN SQUIRES |
| | Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,108.89 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 2,108.89 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 3,600.00 |
| | b. Expenses | $ | 55.05 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,035.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

   d. Chapter 11 Expenses              $   0.00

3.  Other Professionals

                TOTAL     $  4,690.05

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_.

           ENTERED  _____
                  JOHN SQUIRES
                  UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1                Date Rcvd: Nov 18, 2008
Case: 07-15671                Form ID: pdf002          Total Served: 23
```

The following entities were served by first class mail on Nov 20, 2008.
```
db          +Kenneth F. Zabinski,   7417 Winwood Way,   Apt. 8,   Downers Grove, IL 60516-4051
aty         +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +William L. Guild,   Guild Law Offices,   1 N141 County Farm Road,   Winfield, IL 60190-2032
tr          +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
11576711     American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern, PA 19355-0701
11576712    +Bank Of America,   C/O Hudson & Keyse, LLC,   382 Blackbrook Road,   Painesville, OH 44077-1217
11576713     Capital One,   P.O. Box 60024,   City Of Industry, CA 91716-0024
11576714    +Chase Bank USA,   C/O Capital Management Services, LP,   726 Exchange Street, Ste. 700,
              Buffalo, NY 14210-1464
11576715    +Discover Bank,   C/O Baker Miller Markoff & Krasny, LLC,   29 North Wacker Drive, 5th Floor,
              Chicago, IL 60606-3227
11576716    +DuPage County Health Dept.,   Behavioral And Mental Health Services,   111 North County Farm Road,
              Wheaton, IL 60187-3977
11576717    +DuPage Radiology,   C/O ATG Credit, LLC,   P.O. Box 14895,   Chicago, IL 60614-0895
11836918    +Hudson & Keyse LLC,   POB 1090,   Mentor OH 44061-1090
11576718    +Illinois Dept. Of Human Services,   823 East Monroe Street,   Springfield, IL 62701-1915
11576719     Juniper Bank,   C/O Linebarger Goggan Blair & Sampson,   600 17th Street, Ste. 800N,
              Denver, CO 80202-5462
11576720     Maryland National Bank,   C/O Midland Credit Managementm Inc.,   P.O. Box 939019,
              San Diego, CA 92193-9019
11862451    +Midland Credit Management, Inc.,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
11576721     Palisades Collection  Assignee Of HSBC,   C/O Wolpoff &  Abramson, LLP,
              Two Irvington Centre, 720 King Farm Blvd,   Rockville, MD 20850-5775
11576722     Palisades Collection  Assignee Of HSBC,   C/O Bowman, Heintz, Boscia & Vician,   8605 Broadway,
              Merrillville, IN 46410-7033
11576723    +Verizon Wireless,   C/O Progressive Management Services,   1521 West Cameron Ave., P.O. Box 2220,
              West Covina, CA 91793-2220
11576710    +William L Guild III PC,   1N 141 County Farm Rd Suite 230,   Winfield, IL 60190-2023
11576709    +Zabinski Kenneth F,   7417 Winwood Way,   Apt 8,   Downers Grove, IL 60516-4051
```
The following entities were served by electronic transmission on Nov 19, 2008.
```
11650412     E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2008 04:16:54
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11810088    +E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2008 04:16:59
              Recovery Management Systems Corporation,   For YESSG I,   As Assignee of AUC PLATINUM,
              25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2008**  **Signature:** *Joseph Speetjens*